

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed April 17, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-70053-SWE-11** |
| **HOLLIDAY ROAD BURGERS, LLC,** | § | |
| d/b/a Gene's Tasty Burger, | § | (Subchapter 5) |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

**Agreed Order Dismissing Case Without Prejudice**
[resolving docket no. 75]

Came on for consideration, the *United States Trustee's Motion to Dismiss under 11 U.S.C. § 1112* [docket no. 75] and the *Texas Comptroller of Public Accounts' Response in Support of the United States Trustee's Motion to Dismiss Chapter 11 Case*

[docket no. 78]. The Court finds that cause exists to dismiss this case under 11 U.S.C. § 1112(b) and that the Debtor does not oppose dismissal. The Court therefore

ORDERS that this case shall be DISMISSED upon entry of this Order without prejudice.

## End of Order ##

Agreed to in Form and Substance:

| For the Debtor: | For the United States Trustee: |
|---|---|
| */s/ Eric A. Liepins (with permission by EMS)* <br> Eric A. Liepins <br> eric@ealpc.com <br> Eric A. Liepins, P.C. <br> Texas State Bar No. 12338110 <br> 12770 Coit Road, Suite 850 <br> Dallas, TX 75241 <br> Telephone: (972) 991-5591 | */s/ Erin Marie Schmidt* <br> Erin Marie Schmidt <br> Erin.Schmidt2@usdoj.gov <br> Trial Attorney, TX 24033042 <br> Office of the United States Trustee <br> 1100 Commerce St. Room 976 <br> Dallas, Texas 75242 <br> Telephone: (214) 767-1075 |

For the Texas Comptroller of Public Accounts:

*/s/ John Mark Stern (with permission by EMS)*
John Mark Stern
Assistant Attorney General
bk-jstern@oag.texas.gov
Texas State Bar No. 19175662
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4862

Form of Order prepared by:

Erin Marie Schmidt
Trial Attorney, TX 24033042
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov